United States District Court
Northern District of Indiana
Hammond Division

2011 OCT 24  PM 3:27

Michael M. Moses,
Plaintiff(s)

vs.

U.S. Steel,
Defendant(s)

Case No: ~~2:11-cv-~~

2 11CV 385

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant __U.S. Steel (Samuel Downs)__ for discrimination as set forth below.

Plaintiff __✓__ DOES ____ DOES NOT (*indicate which*) demand a jury trial.

### I. PARTIES

Plaintiff's Name: Michael M. Moses

Plaintiff's Address: P.O. Box 10941
Merrillville, In. 46411

Plaintiff's Telephone: 219-310-5631

Defendant's Name: United States Steel Corporation

Defendant's Address: One North Broadway
MS-99K-D,
Gary, In. 46402

## II. BASIS OF CLAIM AND JURISDICTION

1. This complaint is brought pursuant to: (Check one)

    \_\_\_\_ Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e-5), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    \_\_\_\_ The Age Discrimination in Employment Act (29 U.S.C. §621), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    ✓ The Americans with Disabilities Act (42 U.S.C. §12101), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    \_\_\_\_ The Rehabilitation Act (29 U.S.C. §701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    \_\_\_\_ Equal rights under law (42 U.S.C. §1981), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    \_\_\_\_ Other (list): _____

2. Plaintiff **✓** DID \_\_\_\_ DID NOT (indicate which) file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. **[If the plaintiff did file a charge of discrimination, Plaintiff should attach a copy of the charge to the complaint].**

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **RECEIVED** on or about _____ (insert date the plaintiff <u>received</u> the notice – in most instances this will not be the same date stamped on the notice). **[Plaintiff should attach a copy of the Notice of Right to Sue to this Complaint].**

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because (if more space is needed, attach additional pages):

I Michael M. Moses, Am An American with disabilities. Alcohol & Gambling Casinos Are my vices. Upon learning of my disabilities, I was discriminated against by the United States Steel Corporation And their Representive Mr. Samual Downs.

## IV. FACTS IN SUPPORT OF COMPLAINT

The facts on which this complaint is based are the following (if you need additional space, please attach additional pages): Past and present, it is known that many employees of U.S. Steel Corp. has or had disabilities like myself. These employees, upon learning of their disabilities recieved a full investigation and full support of their Rehabilitations, by U.S. Steel Corp. These employees are still actively working for U.S. Steel who denied me of the same rights.

## IV. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief: I, Michael M. Moses seek to be made whole. I seek any and all compensations that may be due to me. I seek full support by U.S. Steel Corp. in my recovery process and rehabilitation. I seek the courts will grant a judgement in favor of myself. I seek to be compensated by U.S. Steel for the stress (mental, emotional, physical) and legal fees. I seek to be reinstated and actively employed by U.S. Steel Corp.

## VI. AFFIRMATION OF PLAINTIFF

I, **Michael M. Moses**, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this complaint and this affidavit will become and official part of the United States District Court files and that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

*Michael M. Moses*
(Signature of Plaintiff)

10-24-2011
(Date)

I, Michael M. Moses, seek other reliefs, but to be mentioned or stated later.

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Michael M. Moses**<br>5600 Hayes St., Unit BB<br>Merrillville, IN 46410 | From: **Indianapolis District Office**<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24E-2011-00114 | **Michelle D. Ware,**<br>**Enforcement Supervisor** | (317) 226-5161 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____    JUN 27 2011
**Webster N. Smith,**           (Date Mailed)
**District Director**

Enclosures(s)

cc: **William E. Dittrich**
**Labor Relations Representative**
**US STEEL CORP**
**1 N Broadway**
**MS 99 K-D**
**Gary, IN 46402**